# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 570**

In the Matter of                                     Case Number:

Sam's Wines & Liquors, Inc.
v.
Sean Hartig and Plinio Group LLC (d/b/a Italian Wine Merchants)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sam's Wines & Liquors, Inc.

**JUDGE DARRAH**
**MAGISTRATE JUDGE COX**

| |
|---|
| NAME (Type or print) <br> Dane A. Drobny |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Dane A. Drobny |
| FIRM <br> Winston & Strawn LLP |
| STREET ADDRESS <br> 35 W. Wacker Drive |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06215990 | TELEPHONE NUMBER <br> (312) 558-5600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT