YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 570**

In the Matter of                                    Case Number:

Sam's Wines & Liquors, Inc.
v.
Sean Hartig and Plinio Group, LLC (d/b/a Italian Wine Merchants, Inc.)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sam's Wines & Liquors, Inc.

**JUDGE DARRAH**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print)<br> Christopher A. Weller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Christopher A. Weller | |
| FIRM<br> Winston & Strawn LLP | |
| STREET ADDRESS<br> 35 W. Wacker Drive | |
| CITY/STATE/ZIP<br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278684 | TELEPHONE NUMBER<br>(312) 558-5600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT