**YM**

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM'S WINES & LIQUORS, INC. ) | |
| ) | |
| Plaintiff, ) | **08 C 570** |
| ) | |
| v. ) | No. _____ |
| ) | |
| SEAN HARTIG and ) | **JUDGE DARRAH** |
| PLINIO GROUP LLC ) | **MAGISTRATE JUDGE COX** |
| (d/b/a Italian Wine Merchants) ) | |
| ) | |
| Defendants. ) | |

**LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF SAM'S WINES & LIQUORS, INC.**

Plaintiff Sam's Wines & Liquors, Inc. ("Sam's Wines"), by and through its attorneys Dane A. Drobny and Christopher A. Weller and Winston & Strawn, LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Sam's Wines is a privately held company that has no parent corporations. The following entities and individuals own more than 5% of its shares: SWL Holdings, LLC and Brian Rosen.

Dated: January 25, 2008               Respectfully submitted,

                                      **Sam's Wines & Liquors, Inc.**

                                      By:     /s/ Dane A. Drobny
                                      One of its attorneys

Dane A. Drobny
Christopher A. Weller
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
ddrobny@winston.com
cweller@winston.com