## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 570 | **DATE** | 2/5/08 |
| **CASE TITLE** | Sam's Wine & Liquors, Inc. v. Hartig, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 3/26/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-00570   Document 8   Filed 02/05/2008   Page 1 of 1

Page 1 of 1