AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 570**

SUMMONS IN A CIVIL CASE

Sam's Wines & Liquors, Inc.

V.

Sean Hartig and Plinio Group LLC (d/b/a Italian Wine Merchants)

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE DARRAH
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Sean Hartig
 c/o Italian Wine Merchants
108 East 16th Street
New York, NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Winston & Strawn LLP
Dane A. Drobny
Christopher A. Weller
35 W. Wacker Drive
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
**(By) DEPUTY CLERK**

**January 25, 2008**
Date

Job #  R-A032-2/10-8154                                                    Winston & Strawn

# AFFIDAVIT OF SERVICE

COURT: U.S. District        COUNTY: Northern Illinois
----------------------------------                    Index #: 08C570
**Sam's Wines & Liquors, Inc.**
                          Plaintiff
             against

**Sean Hartig and Plinio Group LLC**
**(d/b/a Italian Wine Merchants)**
                          Defendant
----------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK SS:
**Robert Lee Jenkins** being duly sworn, desposes and says:
I am over 18 years of age, not a party to this action and reside in
the State of New York:

That on **January 28, 2008** at **4:02 pm**
at **c/o Italian Wine Merchants; 108 East 16th Street, , New York, New York, 10003**
I SERVED a true copy of the **Summons & Complaint**
upon **Sean Hartig**
therein named by delivering to, and leaving a true copy of said
**Summons & Complaint**
with a person of suitable age and discretion to wit:
**Debbie Nelson, co-worker**

Deponent describes person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

        SEX:      Female
        COLOR:    White
        HAIR:     Black
        AGE:      35
        HEIGHT:   5'5 "
        WEIGHT:   150

On **January 29, 2008**
I deposited in the United States mails a true copy or copies of the
**Summons & Complaint** in a properly enclosed and sealed post paid
wrapper addressed to the said defendant(s) at the afformentioned address.
Copy mailed first class mail marked "Personal and Confidential" not indicating on the
outside thereof, by return address or otherwise that said notice is from an attorney or
concerns an action against the person to be served.

Sworn to before me this
 **January 29, 2008**

                                      Robert Lee Jenkins 1189336
Lana Faith Pollack
Commissioner of Deeds
No. 1-5537
Certificate Filed in New York County
Commission Expires July 1, 2008

THE LETTER OF THE LAW PROCESS SERVICE CO. INC, 577 GRAND STREET, SUITE F907, N.Y. 10002