AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 570**

SUMMONS IN A CIVIL CASE

Sam's Wines & Liquors, Inc.

V.

Sean Hartig and Plinio Group LLC (d/b/a Italian Wine Merchants)

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE DARRAH
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Plinio Group LLC (d/b/a Italian Wine Merchants)
ATTN: Sergio Esposito
108 East 16th Street
New York, NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Winston & Strawn LLP
Dane A. Drobny
Christopher A. Weller
35 W. Wacker Drive
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 25, 2008
_____
Date

Job#:N-A032-1/10-8155

Winston & Strawn

# AFFIDAVIT OF SERVICE

COURT: U.S. District    COUNTY: Northern Illinois    Index #: 08C570

Sam's Wines & Liquors, Inc.

                                        Plaintiff

against

Sean Hartig and Plinio Group LLC
(d/b/a Italian Wine Merchants)

                                        Defendant

STATE OF NEW YORK, COUNTY OF New York    :SS:

Robert Lee Jenkins being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on January 28, 2008 at 4:02 pm
at 108 East 16th Street, New York, New York, 10003

I served the Summons & Complaint

upon: Plinio Group LLC (d/b/a Italian Wine Merchants)
therein named, by delivering to & leaving personally with
Debbie Nelson, a true copy of each thereof
Deponent describes the person actually served as follows:

    SEX:       Female
    COLOR:     White
    HAIR:      Black
    AGE:       35
    APP HT:    5'5 "
    APP WT:    150

DEPONENT further says; that at the time of such service I knew the said person served to be authorized to accept service

Sworn to before me this
January 29, 2008

Lana Faith Pollack
Commissioner of Deeds
No 1X5637
Qualified in New York County
Commission Expires July 1, 2008

Robert Lee Jenkins 1189336

The Letter of The Law Process Service Co. Inc., 577 Grand Street Suite F907, New York N.Y. 10002