U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 C 570
SAM'S WINES & LIQUORS, INC., Plaintiff
v.
SEAN HARTIG and PLINIO GROUP LLC
(d/b/a Italian Wine Merchants), Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEAN HARTIG and PLINIO GROUP LLC (d/b/a Italian Wine Merchants)

| | |
|---|---|
| NAME (Type or print) <br> Francis A. Citera | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Francis A. Citera | |
| FIRM <br> Greenberg Traurig, LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6185263 | TELEPHONE NUMBER <br> (312) 456-8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |