# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number: 08 C 570

SAM'S WINES & LIQUORS, INC., Plaintiff
v.
SEAN HARTIG and PLINIO GROUP LLC
(d/b/a Italian Wine Merchants), Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEAN HARTIG and PLINIO GROUP LLC (d/b/a Italian Wine Merchants)

| NAME (Type or print) |
| --- |
| Paul J. Ferak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul J. Ferak |
| FIRM |
| Greenberg Traurig, LLP |
| STREET ADDRESS |
| 77 West Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6272208 | (312) 456-8400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐