IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM'S WINES & LIQUORS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 0570 |
| ) | |
| v. ) | Hon. John W. Darrah |
| ) | United States District Court Judge |
| SEAN HARTIG and PLINIO GROUP LLC ) | |
| (d/b/a Italian Wine Merchants), ) | Hon. Susan E. Cox |
| ) | United States Magistrate Judge |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING**

Defendants Plinio Group LLC and Sean Hartig respectfully move this Court for a fourteen-day extension of time in which to answer or otherwise serve a responsive pleading in the above-captioned action. In support of this motion, Defendants state as follows:

1. On January 25, 2008, Plaintiff Sam's Wines & Liquors, Inc. filed this action against Defendants.

2. Process was served on Defendants on January 28, 2008. The current deadline for service of an answer or responsive pleading is February 19, 2008.

3. On February 14, 2008, Defendant's counsel contacted Plaintiff's counsel and requested a fourteen-day extension of time in which to file an answer or respond to the Complaint, which Plaintiff's counsel does not oppose. If granted, the present motion would extend the time for Defendants to answer or respond to the Complaint up to and including March 4, 2008.

4. Defendants' counsel has not sought prior extensions of time in which to respond to the Complaint.

- 2 -

WHEREFORE, Defendants Plinio Group LLC and Sean Hartig respectfully move this Court for a fourteen-day extension of time in which to answer or otherwise serve a responsive pleading, up to and including March 4, 2008.

Dated: February 15, 2008

Respectfully submitted,

/s/ Paul J. Ferak
Francis A. Citera (ARDC # 6185263)
Paul J. Ferak (ARDC # 6272208)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Plinio Group LLC and Sean Hartig