IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAM'S WINES & LIQUORS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08C570 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Cox |
| SEAN HARTIG and | ) | |
| PLINIO GROUP LLC | ) | Trial by Jury Demanded |
| (d/b/a Italian Wine Merchants), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

TO: Dane A. Drobny
Christopher Weller
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on February 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah or any Judge that may be sitting in his place and stead, in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached Unopposed Motion for Extension of Time for Defendants to File Responsive Pleading, a copy of which is hereby served upon you.

Dated: February 15, 2008              PLINIO GROUP LLC (d/b/a Italian
                                      Wine Merchants) and SEAN HARTIG

                          By:         /s/ Paul J. Ferak
                                      One of Their Attorneys

Francis A. Citera (ARDC # 6185263)
Paul J. Ferak (ARDC # 6272208)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing Unopposed Motion for Extension of Time for Defendants to File Responsive Pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Dane A. Drobny
Christopher Weller
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601

/s/  Paul J. Ferak