# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 570 | **DATE** | 2/18/08 |
| **CASE TITLE** | Sam's Wine & Liquors, Inc. v. Hartig, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for extension of time [13, 14] is granted. Defendants have until 3/4/08 to answer or otherwise respond to Plaintiff's complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|