IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM'S WINES & LIQUORS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 0570 |
| | ) |
| v. | ) Hon. John W. Darrah |
| | ) United States District Court Judge |
| SEAN HARTIG and PLINIO GROUP | ) |
| LLC (d/b/a Italian Wine Merchants), | ) Hon. Susan E. Cox |
| | ) United States Magistrate Judge |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Dane A. Drobny
Christopher Weller
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on March 13, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any Judge that may be sitting in his place and stead, in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the attached **Agreed Motion for Extension of Time for Defendants to File Responsive Pleading**, a copy of which is hereby served upon you.

Dated: March 4, 2008

Respectfully submitted,

/s/ Paul J. Ferak
Francis A. Citera (ARDC # 6185263)
Paul J. Ferak (ARDC # 6272208)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Plinio Group LLC and Sean Hartig

## **CERTIFICATE OF SERVICE**

I, Paul J. Ferak, an attorney, hereby certify that on March 4, 2008, I electronically filed the foregoing **Agreed Motion for Extension of Time for Defendants to File Responsive Pleading** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered party:

>Dane A. Drobny
>Christopher Weller
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, Illinois 60601

>/s/ Paul J. Ferak