## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 570 | **DATE** | 3/6/08 |
| **CASE TITLE** | Sam's Wine & Liquors, Inc. v. Hartig, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for an extension of time [16, 17] is granted. Defendants have until 4/3/08 to answer or otherwise respond to the Complaint. Status hearing set for 3/26/08 is stricken and reset to 4/3/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|