UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM'S WINES & LIQUORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 0570 |
| v. ) | |
| ) | Hon. John W. Darrah |
| SEAN HARTIG and PLINIO GROUP, LLC, ) | United States District Court Judge |
| (d/b/a Italian Wine Merchants) ) | |
| ) | Hon. Susan E. Cox |
| Defendants. ) | United States Magistrate Judge |
| ) | |

## NOTICE OF MOTION

To:   Dane A. Drobny
       Christopher Weller
       Winston & Stawn LLP
       35 W. Wacker Drive
       Chicago, Illinois 60601

PLEASE TAKE NOTICE that, on Tuesday, June 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge John W. Darrah or any other judge sitting in his stead, in Room 1203 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached *DEFENDANTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT,* a copy of which is hereby served upon you.

                                                                SEAN HARTIG AND PLINIO GROUP,
                                                                LLC d/b/a ITALIAN WINE MERCHANTS

                                                                By:   /s/ Francis A. Citera
                                                                         One of their Attorneys

Francis A. Citera
Paul J. Ferak
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

## CERTIFICATE OF SERVICE

      I, Francis A. Citera, hereby certify that on May 28, 2008, I electronically filed the foregoing **DEFENDANTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                    /s/ Francis A. Citera

CHI 57256562.1