**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sam's Wines & Liquors, Inc.
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00570
                                                  Honorable John W. Darrah

Sean Hartig, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable John W. Darrah: The briefing schedule regarding defendants' motion to dismiss [22] is amended as follows: response by 7/31/08, reply by 8/14/08. Status hearing set for 8/27/08 is re−set to 9/24/08 at 9:00 a.m. Final extension. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.